Rob Bonta, State Bar No. 202668
Attorney General of California
Lisa W. Chao, State Bar No. 198536
Supervising Deputy Attorney General
Douglas Beteta, State Bar No. 260377
Deputy Attorney General
  300 S. Spring St., Suite 1702
  Los Angeles, CA  90013-1256
  Telephone: (213) 269-6014
  E-mail:  Douglas.Beteta@doj.ca.gov

Brendan Sasso, State Bar No. 332134
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 703-5500
  E-mail:  Brendan.Sasso@doj.ca.gov

*Attorneys for Defendant Khalil Mohseni*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA ASSOCIATION OF PRIVATE POSTSECONDARY SCHOOLS**, a California non-profit mutual benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>**KHALIL MOHSENI**, in his official capacity as Commissioner of the California Department of Financial Protection and Innovation<br><br>Defendant. | Case No: 2:25-cv-03620-TLN-AC<br><br>**FURTHER STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND AGREED UPON BRIEFING SCHEDULE ON MOTION TO DISMISS; ORDER**<br><br>Judge:         Hon. Troy L. Nunley<br>Trial Date:   Not set<br>Action Filed: December 15, 2025 |

1

1    Pursuant to Rule 144 of the Local Rules of the United States District Court, Eastern District
2 of California, Plaintiff California Association of Private Postsecondary Schools (CAPPS) and
3 Defendant Khalil Mohseni, in his capacity as Commissioner of the California Department of
4 Financial Protection and Innovation, (Department) hereby stipulate as follows:
5    WHEREAS, the Department was served with copies of the Summons and Complaint in this
6 action on December 17, 2025;
7    WHEREAS, under Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the
8 Department's original deadline to respond to the complaint was January 7, 2026;
9    WHEREAS, pursuant to Local Rule 144(a), the parties stipulated to an initial extension of
10 28 days for the Department to respond to the complaint, making the Department's deadline to
11 respond February 4, 2026;
12    WHEREAS, no further extensions to the Department's time to respond to the complaint
13 have been obtained;
14    WHEREAS, after meeting and conferring concerning the Department's contemplated
15 motion to dismiss, the parties determined that they would benefit from additional time to discuss
16 the substance of the Department's contemplated motion and thus, now request a further extension
17 of 21-days to the Department's deadline to respond to the complaint;
18    WHEREAS, due to the importance of the issues raised by the complaint, the parties believe
19 that additional time is required to brief the Department's contemplated motion to dismiss than
20 that provided by the usual procedures. *See* Local Rule 230.
21    NOW THEREFORE, CAPPS and the Department, by and through their respective
22 undersigned counsel and subject to the Court's approval, hereby stipulate as follows:
23    1. The time for the Department to file a responsive pleading shall be extended by a further
24       21 days to and including February 25, 2026;
25    2. CAPPS opposition to the Department's motion to dismiss, if any, shall be filed and
26       served no later than thirty (30) days after the Department's motion is filed;
27    3. The Department's reply brief, if any, shall be filed no later than twenty-one (21) days
28       after CAPPS opposition is filed; and

4. The Department's motion to dismiss shall be set for hearing on May 14, 2026.

IT IS SO STIPULATED.

Dated: February 2, 2026                                  Respectfully submitted,

                                                              ROB BONTA
                                                              Attorney General of California
                                                              LISA W. CHAO
                                                              Supervising Deputy Attorney General

                                                              */s/ Douglas J. Beteta*
                                                              DOUGLAS BETETA
                                                              BRENDAN SASSO
                                                              Deputy Attorneys General
                                                              *Attorneys for Defendant Khalil Mohseni*

Dated: February 2, 2026                                  Respectfully submitted,

                                                              */s/ Edward M. Cramp*
                                                              (as authorized on February 2, 2026)

                                                              EDWARD M. CRAMP
                                                              KAREN L. ALEXANDER
                                                              AYAD MATHEWS
                                                              Duane Morris LLP
                                                              750 B Street, Suite 2900
                                                              San Diego, California 92101

                                                              *Attorneys for Plaintiff California Association*
                                                              *of Private Postsecondary Schools*

**IT IS SO ORDERED.**

Dated: February 3, 2026                                  _____
                                                              Troy L. Nunley
                                                              Chief United States District Judge